UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TURHAN ANDREA COOK, | ) | 1:06 CV 0209 AWI DLB P |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S MOTION FOR COPIES |
| v. | ) | [DOC 13] |
| KERN COUNTY SHERIFF, | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On May 15, 2006, plaintiff filed a motion requesting that the court provide all required copies for him because he does not have access to the law library.

Plaintiff is advised that the court cannot provide copy or mailing service for a party, even for an indigent plaintiff proceeding in forma pauperis. Copies of documents from the court file may be obtained at the cost of fifty cents per page. To avoid incurring the cost of postage, plaintiff is advised to keep his own copy of all documents he submits to the court for filing. Accordingly, plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: May 17, 2006          /s/ Dennis L. Beck
3c0hj8                       UNITED STATES MAGISTRATE JUDGE