# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURHAN ANDREA COOK, | CASE NO. 1:06-CV-0209-LJO DLB-P |
| Plaintiff, | ORDER TO SUBMIT USM 285 FORMS |
| v. | |
| KERN COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's amended complaint filed on February 16, 2007.

The amended complaint appears to a cognizable claims for relief for violation of the Eighth Amendment against defendants Kern County Sheriff's Department, Officer Anton and Officer Alarcon.  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Kern County Sheriff's Department, Officer Anton and Officer Alarcon.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed February 16, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

1

      a.      Completed summons;

      b.      One completed USM-285 form for each defendant listed above; and

      c.      Four (4) copies of the endorsed amended complaint filed February 16, 2007.

4.      Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:**    **April 9, 2007**                        /s/ **Dennis L. Beck**
3c0hj8                                             UNITED STATES MAGISTRATE JUDGE