**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800
Facsimile:  (661) 868-3805

Attorney for Defendants,
Kern County Sheriff's Department,
Deputy J. Alarcon and
Deputy James Anton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURHAN ANDREA COOK,<br><br>    Plaintiff,<br><br>v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, DEPUTY J. ALARCON, # 200862; DEPUTY JAMES ANTON, # 201028, and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  1:06-cv-00209-LJO-DLB<br><br>**ORDER PERMITTING THE TAKING OF PRISONER, PLAINTIFF TURHAN ANDREA COOK'S (CDC # F-27141) DEPOSITION** |

  Upon reading and considering the Application of Defendants  County of Kern, Kern County Sheriff's Department, Deputy J. Anton and Deputy J. Alarcon (collectively hereafter "County") for an order directing the taking of plaintiff/prisoner Turhan Andrea Cook's (CDC # F-27141) deposition upon oral examination, and good cause appearing,

///

///

///

1

___

[Proposed] Order Permitting the taking of Prisoner, Plaintiff Turhan Andrea Cook's Deposition

1   IT IS HEREBY ORDERED that the taking of the oral deposition of prisoner Turhan
2 Andrea Cook (CDC # F-27141) shall be scheduled at Avenal State Prison, for October 18,
3 2007 at 8:00 a.m. or at an alternative date and time mutually convenient for all parties.
4   IT IS SO ORDERED.

5   **Dated:   October 5, 2007**              /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Permitting the taking of Prisoner, Plaintiff Turhan Andrea Cook's Deposition