UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TURHAN ANDREA COOK, | ) | 1:06 CV 0209 AWI DLB P |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS |
| v. | ) | [DOC 55] |
| KERN COUNTY SHERIFF, | ) | |
| Defendants. | ) | |

   Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On October 18, 2007, plaintiff filed a motion requesting that this action be stayed pending plaintiff's "acquisition of equally qualified counsel."  Defendants filed an opposition to the motion on November 7, 2007.

   Plaintiff's motion to stay these proceeding is denied.  Plaintiff may proceed to obtain counsel and should he require an extension of specific deadlines, he may so request.  Plaintiff's desire to obtain counsel is not a sufficient to basis to stay the proceedings entirely.  In the alternative, should plaintiff wish to dismiss this action without prejudice pending his obtaining counsel, he should so advise the court.

      IT IS SO ORDERED.

1
2      **Dated:    November 20, 2007**                  **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28