IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURHAN ANDREA COOK, | 1:06-cv-00209-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| KERN COUNTY SHERIFF, et al., | (DOCUMENT #69) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2008, plaintiff filed a motion to extend time to file objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file the objections to Findings and Recommendations.

IT IS SO ORDERED.

Dated:   **April 25, 2008**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE