# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURHAN ANDREA COOK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00209-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO EXHAUST.<br><br>(Doc. 58) |

　　　　Plaintiff Turhan Cook, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On March 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On April 14, 2008, defendants filed a statement of non-opposition, and on May 29, 2008, plaintiff filed an objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 17, 2008, is adopted in full; and
2. Defendants' unenumerated Rule 12(b) motion, filed November 19, 2007, is GRANTED and this action is dismissed, without prejudice, based on plaintiff's failure to exhaust.

IT IS SO ORDERED.

**Dated:   June 30, 2008**                              **/s/ Lawrence J. O'Neill**
                                                                                            UNITED STATES DISTRICT JUDGE